# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00598-CR

**Paul J. Stautzenberger, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW OF COMAL COUNTY
### NO. 2003CR0882A, HONORABLE BRENDA CHAPMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Paul J. Stautzenberger was convicted for driving without a license and fined $200. *See* Tex. Transp. Code Ann. § 521.025(a) (West 1999). He represents himself on appeal, as he did at trial. No brief was tendered for filing. *See* Tex. R. App. P. 38.8(b)(4).

We have examined the record and find no fundamental error or other matter that should be considered in the interest of justice. The judgment of conviction is affirmed.

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Affirmed

Filed:   May 26, 2005

Do Not Publish